**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **April** First Name | **** Middle Name | **Zaimi** Last Name |
| Debtor 2 (Spouse if, filing) | **Ali** First Name | **Reza** Middle Name | **Zaimi** Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 21-05779

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt   4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally respons ble for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **615 E Appletree Ln Arlington Heights, IL 60004**<br>**Residence: primary residence, single family home**<br>Line from *Schedule A/B*: **1.1** | $470,328.00 | ■ $30,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-901** |
| **2018 GMC Sierra**<br>Line from *Schedule A/B*: **3.2** | $60,000.00 | ■ $2,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(c)** |
| **2018 GMC Sierra**<br>Line from *Schedule A/B*: **3.2** | $60,000.00 | ■ $1,003.80<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Necessary wearing apparel for debtors and their dependents.**<br>Line from *Schedule A/B*: **11.1** | $1,075.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(a)** |
| **Jewelry: rings and earrings**<br>Line from *Schedule A/B*: **12.1** | $4,230.00 | ■ $4,230.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |

| Debtor 1 | April Zaimi | | |
|---|---|---|---|
| Debtor 2 | Ali Reza Zaimi | Case number (if known) | 21-05779 |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Checking Account: Village Bank & Trust. Account No. ****4206**<br>Line from Schedule A/B: **17.1** | $1,212.06 | ■ $1,212.06<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Financial Account: Robinhood**<br>Line from Schedule A/B: **18.1** | $1,554.14 | ■ $1,554.14<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **OER Services, LLC**<br>**100 % ownership**<br>Line from Schedule A/B: **19.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Retirement: Traditional IRA, Edward Jones, Account No. ****5561**<br>Line from Schedule A/B: **21.1** | $158,046.32 | ■ $158,046.32<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1006** |
| **Retirement: Roth IRA, Edward Jones, Account No. ****3299**<br>Line from Schedule A/B: **21.2** | $30,034.37 | ■ $30,034.37<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1006** |
| **Retirement: Roth IRA, Edward Jones. Account No. ****3298**<br>Line from Schedule A/B: **21.3** | $21,977.38 | ■ $21,977.38<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1006** |
| **Samuel Zaimi: Education IRA: 529 Plan. Account No. ****5360.**<br>Line from Schedule A/B: **24.1** | $9,340.67 | ■ $9,340.67<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(j)** |
| **Olivia Zaimi: Education IRA: 529 plan. Account ****5361.**<br>Line from Schedule A/B: **24.2** | $11,289.78 | ■ $11,289.78<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(j)** |
| **Nolan Zaimi: Education IRA: 529 plan. Account No. ****5359**<br>Line from Schedule A/B: **24.3** | $10,045.60 | ■ $10,045.60<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(j)** |
| **Leased 2021 Kia Telluride**<br>Line from Schedule A/B: | $20,000.00 | ■ $2,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(c)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

# United States Bankruptcy Court
## Northern District of Illinois

In re: **April Zaimi / Ali Reza Zaimi**, Debtor(s)

Case No. **21-05779**
Chapter **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Schedule C, consisting of **2** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **July 6, 2021**    Signature /s/ April Zaimi
**April Zaimi**
Debtor

Date **July 6, 2021**    Signature /s/ Ali Reza Zaimi
**Ali Reza Zaimi**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.