Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

April Zaimi
615 E Appletree Lane
Arlington Heights, IL 60004
SSN: xxx−xx−4045 EIN: N.A.
aka April Hajouk, fka April Hajduk

Ali R Zaimi
615 E Appletree Lane
Arlington Heights, IL 60004
SSN: xxx−xx−5960 EIN: N.A.
aka Ali Reza Zaimi

Case No. : 21−05779
Chapter : 7
Judge : Janet S. Baer

---

Debtor's Attorney:
John M Owen
Chapman Spingola, LLP
190 S. LaSalle St
Ste 3850
Chicago, IL 60603

312−630−9202

Trustee:
Phillip D Levey ESQ
2722 North Racine Avenue
Chicago, IL 60614

773 348−9682

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *April 30, 2021* .

1. *November 18, 2021* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *November 18, 2021* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: August 18, 2021 <u>Jeffrey P. Allsteadt , Clerk</u>
United States Bankruptcy Court