**Bankruptcy Administration**



December 15, 2021

**Letter ID:** L1227044592

**Bankruptcy no.:** 2105779

UNITED STATES BANKRUPTCY COURT
ILLINOIS NORTHERN BANKRUPTCY COURT CHICAGO
NORTHERN DISTRICT OF ILLINOIS
219 S DEARBORN
CHICAGO, IL 60604

RE: APRIL HAJOUK
ALI ZAIMI

To the Clerk of the Court:

The State of Illinois hereby withdraws the following claim(s):

| Claim # | Date Filed | Amount |
|---|---|---|
| 15 | 10/07/2021 | $0.00 |
| | | |
| | | |
| | | |

PATRICIA KNIPFER
ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

217 557-9474

IDOR-7-BCW (N-05/07)